UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ELGINE WILSON FURLOW,** *pro se,*

    **Plaintiff,**

v.                                            Case No. 8:10-cv-907-T-30EAJ

**LAKESIDE BEHAVIORAL**
**HEALTHCARE, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. A review of file indicates that the required filing fee has not been paid in this case, nor has the Plaintiff filed a motion to proceed *in forma pauperis*. Further, the Court notes that both Plaintiff and Defendant are located in Orlando, Florida and that Plaintiff is prohibited from filing new cases in Orlando without leave of Court. Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. This case is dismissed without prejudice for Plaintiff's failure to pay the required filing fee or move to proceed *in forma pauperis*.

2. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on April 26, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
*Pro se* Plaintiff

F:\Docs\2010\10-cv-907.dismissal.wpd